**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. BRADSHAW, | Case No. CV 12-6199-JVS (JPR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: November 25, 2013

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE