UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. BRADSHAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No. CV 12-6199-JVS (JPR)<br><br>JUDGMENT |

　　For the reasons set forth in the accompanying Order of Remand, it is hereby ADJUDGED that judgment is entered in Plaintiff's favor and this case is REMANDED to the Administrative Law Judge for proceedings consistent with the Ninth Circuit's March 2, 2016 judgment.

DATED: May 3, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE